IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 5:06-cr-00030 |
| v. | ) | |
| THOMAS ROBERT CRAIG, | ) | |
| | ) | By: Michael F. Urbanski |
| Petitioner. | ) | United States District Judge |

## ORDER

In accordance with the accompanying Memorandum Opinion, the court **ORDERS** that the government's motion to dismiss (ECF No. 51) is **GRANTED**; petitioner Thomas Robert Craig's motion to vacate (ECF No. 43) is **DENIED**; a certificate of appealability is **DENIED**; and this action shall be **STRICKEN** from the active docket of this court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

Entered: 04-21-2013

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge